**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| MARNI FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIA BENEFIT SOLUTIONS, INC.,<br><br>Defendant. | No. 2:26-cv-00909<br><br>**ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND TO APPOINT INTERIM CO-LEAD COUNSEL** |
| ROCHELLE BARRIENTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIA BENEFIT SOLUTIONS, INC.,<br><br>Defendant. | No. 2:26-cv-00910 |

ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE
RELATED ACTIONS AND TO APPOINT INTERIM CO-LEAD
COUNSEL– 1 (Case No. 2:25-cv-00909)

JAMES ARCHIE, individually and on behalf of all others similarly situated,

   Plaintiff,

  v.

NAVIA BENEFIT SOLUTIONS, INC.,

   Defendant.

No. 2:26-cv-00927

ANNE-MARIE FIORE, individually and on behalf of all others similarly situated,

   Plaintiff,

  v.

NAVIA BENEFIT SOLUTIONS, INC.,

   Defendant.

No. 2:26-cv-00929

ESTEBAN IBARRA, individually and behalf of all others similarly situated,

   Plaintiff,

  v.

NAVIA BENEFIT SOLUTIONS, INC.,

   Defendant.

No. 2:26-cv-00940

This matter coming before the Court on Plaintiffs' Joint Motion to Consolidate Related Cases and to Appoint Interim Co-Lead Counsel (the "Motions"), under Federal Rule of Civil Procedure 42, Local Civil Rule 42, and Federal Rule of Civil Procedure 23, in five related cases:

1. *Marni Fisher v. Navia Benefit Solutions, Inc.*, 2:26-cv-00909 (the "*Fisher* Action");

2. *Rochelle Barrientes v. Navia Benefit Solutions, Inc.*, 2:26-cv-00910 (the "*Barrientes* Action");

ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE
RELATED ACTIONS AND TO APPOINT INTERIM CO-LEAD
COUNSEL– 2 (Case No. 2:25-cv-00909)

3. *James Archie  v. Navia Benefit Solutions, Inc.*, 2:26-cv-00927 (the "*Archie* Action");

4. *Anne-Marie Fiore v. Navia Benefit Solutions, Inc.*, 2:26-cv-00929 (the "*Fiore* Action"); and

5. *Esteban Ibarra v. Navia Benefit Solutions, Inc.*, No. 2:26-cv-00940 (the "*Ibarra* Action") (collectively the "Related Actions").

For the reasons in Plaintiffs' Motion, to ensure consistent and efficient adjudications in this Court and conserve the resources of the Court and the parties, and for other good cause shown, the Court hereby GRANTS the Motion, and issues the following orders:

1. The *Fisher*, *Barrientes*, *Archie*, *Fiore*, and *Ibarra* Actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42 (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:26-cv-00909, the number assigned to the first-filed case, and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| *In re: Navia Benefit Solutions, Inc. Data Breach Litigation* | )<br>)    Master File No. 2:26-cv-00909<br>) |
| This Document Relates To: | )<br>)<br>)<br>) |

3. The case file for the Consolidated Action will be maintained under Master File No. 2:26-cv-00909. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all

ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE
RELATED ACTIONS AND TO APPOINT INTERIM CO-LEAD
COUNSEL– 3 (Case No. 2:25-cv-00909)

actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.*, "2:26-cv-00910 ("*Barrientes*")."

4.     Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a "Notice of Related Action" whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5.     The Court appoints Kaleigh N. Boyd of McNaul Ebel PLLC, John J. Nelson of Milberg, PLLC, and Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLP as Interim Co-Lead Counsel in the Consolidated Action. The Court bases these appointments on the above attorneys' qualifications and credentials as set forth in Plaintiffs' Joint Motion to Consolidate Related Cases and to Appoint Interim Co-Lead Counsel and on the agreement of all Plaintiffs' counsel.

6.     Plaintiffs shall file a Consolidated Complaint no later than 30 days following the entry of this Order.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2026.

John H. Chun
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONSOLIDATE
RELATED ACTIONS AND TO APPOINT INTERIM CO-LEAD
COUNSEL– 4 (Case No. 2:25-cv-00909)